AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\_\_\_\_\_\*\*\*\*\*\_\_\_\_\_ DISTRICT OF  NEVADA

L. SEVILLE PARKS,

      Plaintiff,        JUDGMENT IN A CIVIL CASE
V.

                        CASE NUMBER: **3:08-CV-00031-LRH-VPC**

E.K MCDANIEL, et al.,

      Defendants.

\_\_\_ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_\_ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is **DISMISSED** for failure to state a claim upon which relief can be granted.


  April 16, 2008                                       **LANCE S. WILSON**
                                                            Clerk

                                                            /s/ Katie Lynn Ogden
                                                               Deputy Clerk